# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McLAUGHLIN, | ) NO. EDCV 07-00673-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BEN CURRY, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 4, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE